## 26358. GENTRY v. CONSOLIDATED CREDIT CORPORATION OF FLOYD COUNTY.

ALMAND, Chief Justice. This appeal is from a judgment granted on motion of plaintiff for summary judgment on his complaint, which sought to recover a money judgment on a promissory note. In defendant's answer, the primary defense was that the purported sale contract was given to secure a usurious loan. The prayers were that the note and purported conditional sale

460

contract be annulled and canceled.

No basis exists for this court's jurisdiction. (Const. Art. VI, Sec. II, Par. IV; *Code Ann.* § 2-3704). *Simpson v. McMillan,* 150 Ga. 119 (102 SE 825); *Jones v. Van Vleck,* 224 Ga. 796 (164 SE2d 724); *Clark v. Liberty Loan Corp.,* 223 Ga. 351 (155 SE2d 19); s. c., 116 Ga. App. 213 (156 SE2d 535).

This case is

*Transferred to the Court of Appeals. All the Justices concur.*
ARGUED MARCH 8, 1971—DECIDED APRIL 8, 1971.

*John W. Edge,* for appellant.

*Rogers, Magruder & Hoyt, Karl M. Kothe, Hansell, Post, Brandon & Dorsey, Allen Post, J. William Gibson,* for appellee.